USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 12 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

CHRISTOPHER ORTIZ,

          Plaintiff,

-against-

CITY OF NEW YORK; DOC OFFICER BURKE,
*Shield # 18606*; DOC CAPTAIN RICHARDS,
*Shield #829*; JOHN/JANE DOE SUPERVISORS
OF MDC ##1/20,

          Defendants.

------------------------------------x

ORDER

18 Civ. 8438 (GBD)

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

    All conferences previously scheduled are adjourned *sine die*.

Dated: March 9, 2020
      New York, New York

                                          SO ORDERED.

                                          GEORGE B. DANIELS
                                          United States District Judge